IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiffs,<br><br>vs.<br><br>DANICIELIZ ALLISON,<br><br>              Defendant. | 4:13CR3122<br><br>**MEMORANDUM AND ORDER** |

Defendant Allison has moved to continue the status conference currently set for October 17, 2014 at 2:30 p.m. (filing 80). The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 80), is granted.

2) Status hearing is continued to November 10, 2014 at 10:00 a.m. before the undersigned magistrate.

3) Pretrial motions and briefs shall be filed on or before October 29, 2014 pursuant to filing 79.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and October 29, 2014, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because despite counsel's due diligence, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

October 16, 2014.

                                                BY THE COURT:

                                                *s/ Cheryl R. Zwart*
                                                United States Magistrate Judge