IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3122-3 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DANICIELIZ ALLISON, | ) | |
| | ) | |
| Defendant. | ) | |

After a telephone conference with defense counsel Dana London, AUSA Alan Everett, Supervising USPO Mike Norton, and Supervising USPO Kelly Nelson,

IT IS ORDERED that:

(1) The court will not issue an order on sentencing schedule in this case.

(2) The Probation Officer shall provide and file in CM/ECF a modified presentence investigation report on or before Monday, January 12, 2015.

(3) Immediately after the filing the modified presentence investigation report, my Judicial Assistant will contact counsel and the Probation Officer to set an expedited sentencing date.

Dated December 12, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge